UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>Salvador Covarrubias,<br><br>Defendant. | Case No. **17-cr-00479-JAH**<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Superseding Indictment:

21:952,960;18:2 - Importation of Methamphetamine; Aiding and Abetting (1)
21:952,960;18:2 - Importation of Methamphetamine; Aiding and Abetting (2s)
21:841(a)(1);18:2 - Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting (3s)

Dated: 11/16/2021

Hon. John A. Houston
United States District Judge